

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00277-CR

John Forrest **LOWE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B10794
Honorable Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED December 2, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice